IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHELINA KIRKLAND, | § | |
| | § | No. 317, 2016 |
| Claimant-Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N15A-08-003 |
| TERMINIX, | § | |
| | § | |
| Employer-Below, | § | |
| Appellee. | § | |

Submitted: November 2, 2016
Decided: November 16, 2016

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

## <u>**ORDER**</u>

This 16th day of November, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of the court's order dated June 17, 2016.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice